Todd WILEY, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97631.

Missouri Court of Appeals,
Eastern District,
Division One.

July 31, 2012.

Lisa M. Stroup, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, John Winston Grantham, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Todd Wiley appeals the judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

Jimmy BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97951.

Missouri Court of Appeals,
Eastern District,
Division One.

July 31, 2012.

Gwenda Reneé Robinson, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, John M. Reeves, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Jimmy Brown appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).